

1998 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-24-1998

# Trump Hotel & Casino v. Mirage Resorts Inc

Precedential or Non-Precedential:

Docket 97-5281

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1998

Recommended Citation

"Trump Hotel & Casino v. Mirage Resorts Inc" (1998). *1998 Decisions.* Paper 88.
http://digitalcommons.law.villanova.edu/thirdcircuit_1998/88

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1998 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

Filed April 24, 1998

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 97-5281

TRUMP HOTELS & CASINO RESORTS, INC.,

      Appellant

v.

MIRAGE RESORTS INCORPORATED; THE STATE OF
NEW JERSEY; THE NEW JERSEY DEPARTMENT OF
TRANSPORTATION; THE SOUTH JERSEY
TRANSPORTATION AUTHORITY; THE CASINO
REINVESTMENT DEVELOPMENT AUTHORITY; THE NEW
JERSEY TRANSPORTATION TRUST FUND AUTHORITY;
JOHN J. HALEY, JR., in his capacity as Acting
Commissioner of the New Jersey Department of
Transportation; JAMES A. CRAWFORD, in his capacity as
Executive Director of the South Jersey Transportation
Authority; JAMES B. KENNEDY, in his capacity as
Executive Director of the Casino Reinvestment
Development Authority; STEVEN HANSEN, in his capacity
as Executive Director of the New Jersey Transportation
Trust Fund Authority

On Appeal from the United States District Court
for the District of New Jersey
Civil Action No. 97-cv-01371

Argued: February 11, 1998

Before: GREENBERG, NYGAARD and McKEE,
Circuit Judges

(ORDER AMENDING OPINION FILED: April 2, 1998)

ORDER

IT IS HEREBY ORDERED that the Slip Opinion filed in
this case on April 2, 1998, be amended as follows:

      On page 2, delete "MARC D. HAEFNER, ESQ.," as a
      member of the firm of Gilmore & Monahan,
      representing The South Jersey Transportation
      Authority and James D. Crawford; and

      On page 2, add "MARC D. HAEFNER, ESQ.," below
      "KEVIN J. COAKLEY, ESQ.," as a member of the firm
      of Connell, Foley & Geiser, LLP, representing the
      Casino Reinvestment Development Authority and
      James B. Kennedy.

IT IS SO ORDERED.

      BY THE COURT:

      /s/ Theodore A. McKee
      Circuit Judge

Dated: April 24, 1998

A True Copy:
Teste:

      Clerk of the United States Court of Appeals
      for the Third Circuit